IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-219-MEF |
| | ) | |
| LUKE LEWIS MELTON, III | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)  The defendant's Objection to the Magistrate Judge Recommendation (Doc. #39)

filed on July 28, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on July 15,

2009 (Doc. #38) is adopted;

(3)  The defendant's motion to suppress (Doc. #21) is DENIED.

DONE this the 31st day of July, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
