**(WO IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:08cr219-MEF** |
| | ) | |
| **LUKE LEWIS MELTON, III** | ) | **(WO)** |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 27, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. #61), forfeiting the following property to the United States: a Smith and Wesson, model SW40VE, .40 caliber pistol, bearing serial number PDY9788.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Luke Lewis Melton, III has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1) and Title 21, United States Code, Section 844(a).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 66) is GRANTED and the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and  Title 28, United States Code, Section 2461(c): **a Smith and Wesson, model SW40VE, .40 caliber pistol, bearing serial number PDY9788.**

2. All right, title and interest to  the property described above is hereby condemned,

forfeited and vested in the United States and shall be disposed of according to law;

     3.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

     4.    The Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office.

     SO ORDERED this the 5th day of November, 2009.

                           /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE